David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Debtor in Possession
ROSE COURT, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROSE COURT, LLC,<br><br>    Debtor in Possession. | CASE NO. 12-58012 ASW<br><br>Chapter 11<br><br>**DEBTOR'S REPLY TO U.S. BANK'S OPPOSITION TO AMENDED MOTION TO ADJUST ADEQUATE PROTECTION PAYMENTS**<br><br>Date:  August 28, 2014<br>Time:  3:00 p.m.<br>Place:  280 S. First Street, Courtroom 3020<br>         San Jose, CA 95113<br><br>Judge: Honorable Arthur S. Weissbrodt |

## SUMMARY OF OPPOSITION ARGUMENTS

Debtor Rose Court, on July 16, 2014, filed its Amended Motion to Adjust the Adequate Protection Payments (the "Motion"). On August 14, 2014, secured creditor U.S. Bank National Association ("US Bank") filed an Opposition to the Motion (the "Opposition"). The Opposition advanced the following points:

1. Debtor presents no authority or argument to support the requested adjustment. (Opposition, Page 4:9.)
2. The adequate protection is devised to protect the secured interest of the creditor (Opposition, Page 4:11-12.)
3. Debtor cannot establish any basis for further reduce the APO payments when the loan carries unpaid balance of $2,487,500 and arrearages totaled $713,064.79 (Opposition, Page 4:16-18.)

**REPLY**

**1. The Motion Does Present Authority and Argument to Justify the Adjustment**

On March 21, 2013, the Court issued its Adequate Protection Order ("APO"). Debtor's argument can be summarized as follows:

a. The APO instructs Debtor to make monthly payments, which payments are "the full Note payment for principal and interest in the amount of $12,437.350."
b. The Note provides that rate will change effective May 1, 2014, and the payment will be principal and interest (as opposed to interest only during the first seven years).
c. On May 1, 2014, the variable rate was changed to 2.557% and, per the note term, rounded to 2.5%. Applying this rate will result in monthly principal & interest payment of $11,859.92.

**2. The 03/20/13 Order re Adequate Protection Is Consistent with the Legislative Intent.**

In 1978, the Congressional Record for Section 361 of the Bankruptcy Code provided that "Adequate protection of an interest of an entity in property is intended to protect a creditor's allowed secured claim." 11 U.S.C. § 361 (Cong. Rec. H 11092 (Sept. 28, 1978)).

The regular monthly payment that U.S. Bank would otherwise be entitled to at this point is exactly what proposed by Debtor in the Motion.

**3. The Unpaid Loan Balance and the Arrearage have nothing to do with the subject issue.**

The Motion aims at the adjustment necessary to reflect the fair and correct implementation of the APO as applied with the change in market in order to comply with the

term of the Note.  Neither this issue has anything to do with how much the unpaid loan balance is, nor how much the arrearage is.

## **CONCLUSION**

On the foregoing reasons, the Motion for Oder Adjusting Adequate Protection Plan should be granted in its entirety.

Date: August 24, 2014                              HENSHAW LAW OFFICE


/s/ David S. Henshaw
David S. Henshaw Attorney for Debtor
ROSE COURT, LLC